IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PATRICIA REGULA, individually and as SPECIAL ADMINISTRATOR of the ESTATE of MICHAEL REGULA, JR., Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:21-cv-5011 |
| v. | ) ) ) | 12th Judicial Circuit, Will County No. 2021 L 000575 |
| WAYNE A. WILGUS, POWER 3PL, INC., and CUSTOM ASSEMBLY, INC., | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

To: Dennis M. Lynch
Parente & Norem, P.C.
221 N. LaSalle St., Ste. 2700
Chicago, IL 60601
(312) 641-5926
dl@pninjurylaw.com

On September 22, 2021, pursuant to 28 U.S.C. §§1332, 1441, and 1446 the undersigned served the above listed parties with copies of Defendant Custom Assembly Inc.'s Notice of Removal, Civil Cover Sheet and Appearance via email and regular mail at the above listed address.

Respectfully submitted,

/s/ _____
Michelle L. Bisognani, Bar No. 6308489
One of the Attorneys for Custom Assembly, Inc.

John J. Moroney, Bar No. 6205781
Michelle L. Bisognani, Bar No. 6308489
Franco Moroney Buenik, LLC
500 West Madison Street, Suite 3900
Chicago, Illinois 60661-2510
Telephone: (312) 469-1000
Facsimile: (312) 469-1011
john.moroney@francomoroney.com
michelle.bisognani@francomoroney.com