This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Will COUNTY | SUMMONS | For Court Use Only |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | Patricia Regula Indiv & as Spec Adm Est of Michael Regula<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | Wayne Wilgus, Power 3PL, Inc. & Custom Assembly, Inc.<br>**Defendant / Respondent** *(First, middle, last name)* | 2021 L 000575<br>**Case Number** |

In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent.

In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

**1. Information about the lawsuit:**

Amount claimed: $ 50,000.00

**2. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Patricia Regula

Street Address, Apt #: 6038 S. Talman

City, State, ZIP: Chicago, IL 60629

Telephone:

See attached for additional Plaintiff/Petitioner contact information

**3. Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last)*: Power 3PL, Inc. c/o Michael Keysor

Street Address, Apt #: 2952 CR 107

City, State, ZIP: Haviland, OH 45851

Telephone:

See attached for additional Defendant/Respondent contact information



**Important information for the person receiving this form**

You have been sued.

Follow the instructions on the next page on how to appear/answer.

- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.

You should read all of the documents attached.



JW 1247

Enter the Case Number given by the Circuit Clerk: 2021 L 000575

In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response.

**4. Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐ Go to court via Zoom:
On this date: ____________ at this time: ____________ ☐ a.m. ☐ p.m.
Zoom Meeting ID: ____________ Zoom Password: ____________

☐ File a written *Appearance* and *Answer/Response* with the court:
On or before this date: ____________ at this time: ____________ ☐ a.m. ☐ p.m.
Address: ____________
City, State, ZIP: ____________

☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").
On this date: ____________ at this time: ____________ ☐ a.m. ☐ p.m.
Address: Will County Court House, 100 W. Jefferson Street
City, State, ZIP: Joliet, IL 60432

**STOP!** The Circuit Clerk will fill in this section.

**Witness this Date:** 8/3/2021

**Clerk of the Court:** Andrea Lynn Chasteen

**STOP!** The officer or process server will fill in the Date of Service.

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: ____________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

Plaintiff/Petitioner: To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

Attention: E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Will COUNTY | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | Patricia Regula Indiv & as Spec Adm Est of Michael Regula | |
| Enter your name as Plaintiff/Petitioner. | Plaintiff / Petitioner *(First, middle, last name)* | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. | |
| Enter the Case Number given by the Circuit Clerk. | Wayne Wilgus, Power 3PL, Inc. & Custom Assembly, Inc.<br>Defendant / Respondent *(First, middle, last name)* | 2021 L 000575<br>Case Number |

****Stop. Do not complete the form. The sheriff will fill in the form.****

DO NOT complete this section. The sheriff will complete it.

**My name is** __________________ **and I swear under oath**
*First, Middle, Last*
**that I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

__________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male: ☐ Female: ☐ Approx. Age: _____ Hair Color: _____
Height: _____ Weight: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male: ☐ Female: ☐ Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:____________________

**DO NOT** complete this section. The sheriff, or private process server will complete it.

**By:**

____________________
*Signature*

____________________
*Print Name*

**FEES**

By certified/registered $ ____________

Service and Return $ ____________

Miles: ____________ $ ____________

Total $ ____________

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2021L 000575
Filed Date: 7/27/2021 12:51 PM
Envelope: 14200898
Clerk: RLH

**IN THE CIRCUIT COURT OF THE 12th JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

| | | |
|---|---|---|
| Patricia Regula, individually and as Special Administrator of the Estate of Michael Regula, Jr., deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2021L 000575 |
| Wayne A. Wilgus, Power 3PL, Inc., Custom Assembly, Inc. | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, Patricia Regula, as Special Administrator of the Estate of Michael Regula, Jr., deceased, by and through her attorneys, Parente & Norem, P.C., and for her Complaint at Law against Defendants, Wayne A. Wilgus, Power 3PL, Inc. and Custom Assembly, Inc., states as follows:

1. On July 29, 2019, and at all times relevant herein Michael Regula, Jr. ("Regula"), was working for APL Logistics in Bolingbrook, Will County, Illinois as a forklift driver.

2. On July 29, 2019, and at all times relevant herein, Wayne A. Wilgus ("Wilgus") was the agent or employee of Power 3PL, Inc. and was operating within the scope of that agency or employment in Will County, Illinois.

3. On July 29, 2019, and at all times relevant herein, Wayne A. Wilgus was the agent or employee of Custom Assembly, Inc. and was operating within the scope of that agency or employment.

CM: 11/15/2021 AT 9:00AM, RM: A201

gw 1247

4. On July 29, 2019, Regula was using a forklift to load a truck operated by Wilgus at APL Logistics in Bolingbrook, Will County, Illinois.

5. That at all times relevant, Power 3PL, Inc. was a foreign corporation doing business in Will County, Illinois.

6. That at all times relevant, Custom Assembly, Inc., was a foreign corporation doing business in Will County, Illinois.

7. The truck operated by Wilgus was owned and/or controlled by Power 3PL, Inc.

8. The truck operated by Wilgus was owned and/or controlled by Custom Assembly, Inc.

9. That after the truck was loaded, Regula was in the forklift on the dock plate between the dock and the truck operated by Wilgus.

10. That Wilgus knew, or in the exercise of due care should have known, that Regula was in his forklift on the dock plate.

11. That Wilgus moved the truck forward while Regula was still on the dock plate.

12. That it then and there became and was the duty of Custom Assembly, Inc. and Power 3PL, Inc., by and through their duly authorized agents, servants and employees, including but not limited to Wilgus, to exercise due care for the safety of Plaintiff.

13. That notwithstanding the aforesaid duty, Custom Assembly, Inc, Power 3PL, Inc. and Wilgus, all breached their duty to Plaintiff, individually and via the doctrine of *respondeat superior*, in one of more of the following careless and negligent ways:

a) Failed to properly train and instruct Wilgus;

b) Failed to warn Regula that the truck was about to be moved;

c) Failed to inspect the area around the truck prior to moving it;

d) Moved the truck when there was a forklift still on the dock plate;

e) Failed to keep a proper lookout;

f) Failed to sound his horn prior to moving forward; and,

g) Otherwise carelessly and negligently operated the truck in an unsafe manner.

14. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions, the truck operated by Wilgus pulled forward while Regula was still in a position of danger.

15. That as a result of Wilgus moving his truck forward, Regula fell out of his forklift.

16. That Regula died on or about May 15, 2021. His wife, Patricia Regula, brings this action individually and as Special Administrator of his Estate, for her benefit and for the benefit of his estate and next of kin, for the damages to which Regula would have been entitled but for his death.

17. That as a direct and proximate result of the negligence of the Defendants, from the time of the accident until the time of his death, Regula incurred and endured medical bills, lost wages and benefits, pain, suffering, disability, disfigurement and loss of a normal life.

WHEREFORE the Plaintiff, Patricia Regular, as Special Administrator of the Estate of Michael Regula, deceased, by and through her attorneys, Parente & Norem, P.C., pray for judgment against Custom Assembly, Inc., Power 3PL, Inc., and Wayne A. Wilgus, in excess of the jurisdictional limits of this Court, plus costs, attorneys' fees and interest, together with all other relief this Court deems just and proper.

***Plaintiffs demand trial by jury***

Respectfully Submitted,

PARENTE & NOREM, P.C.

By: */s/Dennis M. Lynch*
Dennis M. Lynch

Dennis M. Lynch
Parente & Norem, P.C.
Attorneys for Plaintiffs
221 N. LaSalle Street, Suite 2700
Chicago, IL 60601
312-641-5926
IL ARDC # 6293267
DL@pninjurylaw.com

**IN THE CIRCUIT COURT OF THE 12th JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS**

| | | |
|---|---|---|
| Michael Regula,<br>Plaintiff,<br>v.<br><br>Wayne A. Wilgus,<br>Power 3PL, Inc.,<br>Custom Assembly, Inc.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.<br><br>**JURY TRIAL DEMANDED** |

**SUPREME COURT RULE 222(B) AFFIDAVIT**

The undersigned upon being first duly sworn upon oath, deposes and states that Plaintiff seeks monetary damages in this cause of action that exceed $50,000.00.

PARENTE & NOREM, P.C.

By */s/ Dennis M. Lynch*
Dennis M. Lynch

Dennis M. Lynch
Parente & Norem, P.C.
Attorneys for Plaintiffs
221 N. LaSalle Street, Suite 2700
Chicago, IL 60601
312-641-5926
IL ARDC # 6293267
DL@pninjurylaw.com